FILED
AUG 03 2009
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>Mirabilis Ventures, Inc.,<br><br>  Debtor.<br>_____<br>Mirabilis Ventures, Inc.,<br><br>  Plaintiff,<br><br>vs.<br><br>RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST dated December 20, 2007, RAVI ROOPNARINE, individually, and FLHP-MS, LLC,<br><br>  Defendants.<br>_____ | Case No. 6:08-bk-04327-KSJ<br><br>Chapter 11<br><br><br><br>Adv. Pro. No: |

## SUGGESTION OF BANKRUPTCY

Defendant, FLHP-MS, LLC, a Florida limited liability company, hereby gives Notice of the filing of Chapter 11 Bankruptcy, Case No. 6:09-bk-09547-ABB, United States Bankruptcy Court, Middle District Of Florida, Orlando Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Suggestion Of Bankruptcy has been furnished to: DAMIEN H. PROSSER and ERIC S. ADAMS, of SHUTTS & BOWEN, LLP, 100 South

Ashley Drive, Suite 1500, Tampa, FL 33602, this __29__ day of __July__, 2009.

                                                    FLHP-MS, LLC, a Florida limited liability company

                                                    BY: _____
                                                    RAVI ROOPNARINE,
                                                    Managing Member
                                                    4786 West Irlo Bronson
                                                       Memorial Highway
                                                    Kissimmee, FL 34746
                                                    (305) 766-7203