## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>Mirabilis Ventures, Inc.,<br><br>    Debtor.<br>_____<br>Mirabilis Ventures, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST dated December 20, 2007, RAVI ROOPNARINE, individually, and FLHP-MS, LLC,<br><br>    Defendants.<br>_____ | Case No. 6:08-bk-04327-KSJ<br><br>Chapter 11<br><br><br>Adv. Pro. No: 6:09-ap-00815-KSJ |

## AFFIDAVIT IN PROOF OF CLAIM

STATE OF FLORIDA      )
                                 )
COUNTY OF ORANGE    )

      BEFORE ME, the undersigned authority, personally appeared R.W. Cuthill, Jr., who, being first duly sworn, deposes and says that:

      1.    Affiant is the President of Plaintiff, MIRABILIS VENTURES, INC. ("Plaintiff"), and as such is the Agent for Plaintiff and has personal knowledge of the matters set forth herein.

      2.    That as the Agent for Plaintiff, Affiant has access to, and control over, and has reviewed the books and records of Plaintiff with regard to transactions with RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST dated December 20, 2007 ("Ravi World"), RAVI ROOPNARINE ("Roopnarine"), and FLHP-MS, LLC ("FLHP-

MS"), which books and records are kept and maintained by Plaintiff in the ordinary course of its business, are made at or near the time of the event recorded, by, or from information transmitted by a person with knowledge of the events, and made as a result of the regular practices of Plaintiff to make such records.

3. On or about December 27, 2007, Ravi World and Plaintiff entered into a Membership Interest Purchase Agreement (the "Purchase Agreement").

4. On or about December 27, 2007, Ravi World and Plaintiff entered into a Pledge and Security Agreement (the "Pledge Agreement").

5. On or about December 27, 2007, Ravi World executed and delivered a Promissory Note to Plaintiff in the amount of $585,000.00 (the "Note").

6. On or about December 27, 2007, Roopnarine executed and delivered an absolute, unconditional, and irrevocable guaranty in favor of Plaintiff (the "Guaranty").

7. Ravi World failed to pay the installment payment due on the Note on December 31, 2008.

8. Ravi World breached the Purchase Agreement by failing to pay the purchase amount as provided in the Purchase Agreement.

9. Under the Guaranty, Roopnarine absolutely, unconditionally, and irrevocably guaranteed Ravi World's indebtedness.

10. Defendants, Ravi World and Roopnarine are indebted to Plaintiff in the following amounts:

| | |
|---|---|
| Principal | $ 585,000.00 |
| Interest from 1/1/09 through 9/8/09 @ 18% | $ 72,411.78 |
| **TOTAL DUE** | **$ 657,411.78** |

11.     In addition, Plaintiff has incurred costs and attorneys' fees in the prosecution, which are detailed separately in the affidavit of Eric S. Adams of Shutts & Bowen, LLP.

12.     As a direct and proximate consequence of the Defendants' defaults, Plaintiff has retained the law firm of Shutts & Bowen LLP to prosecute this action on its behalf, and has agreed to pay said attorneys their attorneys' fees and costs incurred in conjunction with the prosecution of this action.

FURTHER AFFIANT SAYETH NAUGHT.

_____

STATE OF FLORIDA        )
COUNTY OF ORANGE        )

The foregoing instrument was sworn to and subscribed before me this 8th day of September, 2009 by R.W. Cuthill, Jr., as President and Agent for MIRABILIS VENTURES, INC., who is personally known to me or has produced _____—_____ as identification.

_____
Signature of Notary Public

[NOTARY SEAL]

Brenda Kitch
Print Name of Notary

My commission expires: 11/15/2012

Serial No., if any: _____—_____

BRENDA KITCH
MY COMMISSION # DD824421
EXPIRES: November 15, 2012