# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) ) | Chapter 11 |
| Debtor. ) | |
| Mirabilis Ventures, Inc., ) ) | Adv. Pro. No: 6:09-ap-00815-KSJ |
| Plaintiff, ) ) | |
| vs. ) ) | |
| RAVI ROOPNARINE, AS TRUSTEE OF THE ) RAVI WORLD LAND TRUST dated December ) 20, 2007, RAVI ROOPNARINE, individually, ) and FLHP-MS, LLC, ) ) | |
| Defendants. ) ) | |

## AFFIDAVIT OF FEES

STATE OF FLORIDA §
§
COUNTY OF HILLSBOROUGH §

BEFORE ME, the undersigned, Eric S. Adams, personally appeared after having been duly sworn, deposes, and says:

1. My name is Eric S. Adams.

2. I am a partner in the law firm of Shutts & Bowen LLP, counsel for Plaintiff herein and have personal knowledge of the matters herein set forth.

3. The following is a true and correct itemization of the fees expended on behalf of Plaintiff as of September 14, 2009 in this action:

| *Timekeeper* | *Rate* | *Hours* | *Fee* |
|---|---|---|---|
| Eric S. Adams, Esquire | $350.00 | 5.30 | $1,855.00 |
| Michelle R. Brown | $130.00 | 1.20 | $156.00 |
| Michael P. Silver, Esquire | $245.00 | 9.00 | $2,205.00 |
| **Total** | | **15.50** | **$4,216.00** |

*FURTHER AFFIANT SAYETH NAUGHT.*

_____
ERIC S. ADAMS, ESQ.

SWORN TO AND SUBSCRIBED before me this 14th day of September, 2009 by Eric S. Adams, Esq., who is personally known to me.

_____
Signature of Notary Public

(Affix Notary Seal)

TPADOCS 18532762 1

SHARON LINDSEY
MY COMMISSION # DD774608
EXPIRES: April 01, 2012
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.

- 2 -

TPADOCS 18343920 1

9/14/2009 Case 6:09-ap-00815-KSJ Doc 23 Filed 09/14/09 Page 3 of 4 Report: TIME12
10:42 AM Shutts & Bowen, PL Req'd By: ljr
Client Detailed Time And Expense Report
Date Range (Time): Beginning of Time to 9/14/2009 (Disb): 9/14/2009 to 9/14/2009 Currency: XXX

| Client: | 25992 | rabilis Ventures, Inc | | Bill Tkpr: | 6115 | Adams, Eric S. | Client Last Payment: | 7/28/2009 |
|---|---|---|---|---|---|---|---|---|
| Matter: | 0015 | Ravi World | | Resp Tkpr: | 6115 | Adams, Eric S. | Matter Last Billed: | 9/11/2009 |

Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| 6115 | 6/19/2009 | 0.40 | $140.00 | 350.00 | B | [Ravi World] Analysis and review of status of complaint, and consideration of legal issues related to nature of shares / membership interest in FLHP-MS, LLC, as to whether or not interest is certificated or not, in order to determine whether or not t | 3718536 |
| 6115 | 6/22/2009 | 0.30 | $105.00 | 350.00 | B | Analysis and review of draft complaint. | 3727221 |
| 6115 | 6/26/2009 | 0.60 | $210.00 | 350.00 | B | Analysis, review, and revision of complaint and finalization for filing. | 3733121 |
| 6115 | 7/21/2009 | 0.40 | $140.00 | 350.00 | B | Consideration of bankruptcy filing of related entity upon strategy. | 3765266 |
| 6115 | 7/21/2009 | 0.40 | $140.00 | 350.00 | B | Analysis and review of bankruptcy issues regarding FLHP-MS, LLC. | 3765274 |
| 6115 | 7/24/2009 | 0.20 | $70.00 | 350.00 | B | Preparation / finalization of memorandum / motion regarding filing of corporate disclosure statements. | 3768518 |
| 6115 | 8/10/2009 | 0.30 | $105.00 | 350.00 | B | Analysis and review of suggestion of bankruptcy by FHLP; consideration of strategy as to adversary proceeding, going forward. | 3791498 |
| 6115 | 8/10/2009 | 0.30 | $105.00 | 350.00 | B | Analysis, review and revision of motion for default and notice of filing. | 3791539 |
| 6115 | 8/11/2009 | 0.20 | $70.00 | 350.00 | B | Finalization of filing of motion for default. | 3791557 |
| 6115 | 8/11/2009 | 0.20 | $70.00 | 350.00 | B | Communication with client regarding status of litigation. | 3791558 |
| 6115 | 8/18/2009 | 0.20 | $70.00 | 350.00 | B | Communication with client regarding status and default and motion and corresponding affidavit. | 3806136 |
| 6115 | 8/18/2009 | 0.20 | $70.00 | 350.00 | B | Preparation of motion for entry of final judgment and corresponding affidavit. | 3806139 |
| 6115 | 8/25/2009 | 0.20 | $70.00 | 350.00 | B | Preparation of motion for entry of final judgment. | 3813778 |
| 6115 | 8/26/2009 | 0.20 | $70.00 | 350.00 | B | Additional preparation of motion for entry of final judgment. | 3814792 |
| 6115 | 9/1/2009 | 0.60 | $210.00 | 350.00 | B | Preparation of affidavits in support of motion for summary judgment. | 3826597 |
| 6115 | 9/8/2009 | 0.20 | $70.00 | 350.00 | W | Analysis and review of affidavit in support of motion for entry of final judgment. | 3832964 |
| 6115 | 9/8/2009 | 0.20 | $70.00 | 350.00 | W | Preparation of affidavit of attorneys' fees and costs. | 3832965 |
| 6115 | 9/8/2009 | 0.20 | $70.00 | 350.00 | W | Preparation of amended motion for entry of final judgment. | 3832968 |
| 6166 | 8/26/2009 | 1.00 | $130.00 | 130.00 | B | Work on affidavit in proof of claim and affidavit of fees and costs. | 3812417 |
| 6166 | 9/1/2009 | 0.20 | $26.00 | 130.00 | B | Work on affidavit of fees and costs. | 3822818 |
| 6298 | 6/1/2009 | 0.40 | $98.00 | 245.00 | B | (Mirabilis Ventures/Ravi World Land Trust) Review loan documents. | 3695785 |
| 6298 | 6/12/2009 | 0.60 | $147.00 | 245.00 | B | (Ravi World) Review loan and related documents. | 3708452 |
| 6298 | 6/19/2009 | 0.30 | $73.50 | 245.00 | B | (Ravi World) Confer with Mr. Adams regarding possible causes of action. | 3717682 |
| 6298 | 6/20/2009 | 1.70 | $416.50 | 245.00 | B | (Ravi World) Draft complaint; prepare summons. | 3717993 |
| 6298 | 6/22/2009 | 0.30 | $73.50 | 245.00 | B | (Ravi World) Draft complaint. | 3719665 |
| 6298 | 7/21/2009 | 1.80 | $441.00 | 245.00 | B | (Ravi World) Telephone conference with case manager regarding necessity of filing corporate disclosure statement on behalf of debtor in adversary proceeding; confer with Mr. Adams regarding foregoing and motion for relief from filing corporate disclo | 3758008 |
| 6298 | 7/23/2009 | 0.40 | $98.00 | 245.00 | B | (Ravi World) Research and draft motion for relief from filing corporate ownership statement. | 3762190 |
| 6298 | 8/3/2009 | 0.30 | $73.50 | 245.00 | B | (Ravi World) Receipt and review of FLHP's suggestion of bankruptcy and draft memorandum to Mr. Adams regarding possible responses to same. | 3778959 |
| 6298 | 8/10/2009 | 2.00 | $490.00 | 245.00 | B | (Ravi World) Review docket of FLHP-MS bankruptcy; confer with Mr. Adams regarding strategy going forward in light of same; research and draft motion for entry of default; prepare notice of filing order of dismissal of FLHP-MS bankruptcy. | 3787924 |

9/14/2009
10:42 AM

Case 6:09-ap-00815-KSJ   Doc 23   Filed 09/14/09   Page 4 of 4

Shutts & Bowen, LLP
**Client Detailed Time And Expense Report**
Date Range (Time): Beginning of Time to 9/14/2009  (Disb): 9/14/2009 to 9/14/2009

Report: TIME12
Req'd By: ljr
Currency: XXX

| Client: | 25992 | rabilis Ventures, Inc | | Bill Tkpr: | 6115 | Adams, Eric S. | Client Last Payment: | 7/28/2009 |
|---|---|---|---|---|---|---|---|---|
| Matter: | 0015 | Ravi World | | Resp Tkpr: | 6115 | Adams, Eric S. | Matter Last Billed: | 9/11/2009 |

**Detailed Time Section (Matter)**

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| 6298 | 8/13/2009 | 0.40 | $98.00 | 245.00 | B | Draft motion for final judgment upon default. | 3795225 |
| 6298 | 8/14/2009 | 0.70 | $171.50 | 245.00 | B | (Ravi World) Draft motion for final judgment upon default. | 3796079 |
| 6298 | 8/24/2009 | 0.10 | $24.50 | 245.00 | B | Receipt and review of orders granting motion for relief from compliance with filing corporate disclosure statement. | 3806101 |
| **Time Total** | | **15.50** | **$4,216.00** | **272.00** | | | |

**Working Timekeeper Summary Section (Matter)**

| Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|
| 6115 | Adams, Eric S. | 5.30 | $1,855.00 | 350.00 |
| | Contract Partner Total | 5.30 | $1,855.00 | 350.00 |
| 6298 | Silver, Michael P. | 9.00 | $2,205.00 | 245.00 |
| | Associate Total | 9.00 | $2,205.00 | 245.00 |
| 6166 | Brown, Michelle R. | 1.20 | $156.00 | 130.00 |
| | Paralegal Total | 1.20 | $156.00 | 130.00 |
| **Working Timekeeper Matter Summary Total** | | **15.50** | **$4,216.00** | **272.00** |

| Matter: | 0015 | Ravi World | Fees | $4,216.00 |
|---|---|---|---|---|
| | | | Disb | $0.00 |
| | | | Total | $4,216.00 |

Client Summary For:   25992   Mirabilis Ventures, Inc

**Matter Time Client Summary Section**

| Matter | | Hours | Amount | Rate |
|---|---|---|---|---|
| 0015 | Ravi World | 15.50 | $4,216.00 | 272.00 |
| **Matter Time Client Summary Total** | | **15.50** | **$4,216.00** | **272.00** |

**Working Timekeeper Summary Section (Client)**

| Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|
| 6115 | Adams, Eric S. | 5.30 | $1,855.00 | 350.00 |
| 6166 | Brown, Michelle R. | 1.20 | $156.00 | 130.00 |
| 6298 | Silver, Michael P. | 9.00 | $2,205.00 | 245.00 |
| **Working Timekeeper Client SummaryTotal** | | **15.50** | **$4,216.00** | **272.00** |

| Client: | 25992 | Mirabilis Ventures, Inc | Fees | $4,216.00 |
|---|---|---|---|---|
| | | | Disb | $0.00 |
| | | | Total | $4,216.00 |

Start Time: 10:42 AM
End Time: 10:42 AM