# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| Mirabilis Ventures, Inc., ) | |
| ) | Adv. Pro. No: 6:09-ap-00815-KSJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RAVI ROOPNARINE, AS TRUSTEE OF THE ) | |
| RAVI WORLD LAND TRUST dated December ) | |
| 20, 2007, RAVI ROOPNARINE, individually, ) | |
| and FLHP-MS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE

Plaintiff, MIRABILIS VENTURES, INC., a Nevada corporation, ("Mirabilis"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 37 and Fed. R. Bankr. P. 7037, hereby files this its Motion for Order to Show Cause and requests that this Court enter an Order to Show Cause as to why Defendants, RAVI ROOPNARINE, as Trustee of the RAVI WORLD LAND TRUST dated December 20, 2007, a Florida land trust ("Ravi World"), RAVI ROOPNARINE, an individual ("Roopnarine"), and FLHP-MS, LLC a Florida limited liability company, ("FLHP-MS") (collectively, the "Defendants") should not be held in contempt for failure to respond to Mirabilis' discovery propounded in aid of execution of its final judgment against Defendants, and in support thereof states as follows:

- 2 -

1.	On November 20, 2009, this Court entered Final Judgment against Defendants, jointly and severally, in the amount of $661,627.78, plus postjudgment interest. A true and correct copy of this Final Judgment is attached hereto as **Exhibit #1** and is incorporated herein by this reference.

2.	On December 7, 2009, Mirabilis propounded Interrogatories in Aid of Execution to each of the Defendants. True and correct copies of these interrogatories are attached hereto as **Exhibit #2**, **Exhibit #3**, and **Exhibit #4** and are incorporated herein by this reference.

3.	To date, Defendants have failed to timely, or otherwise, answer, object, or otherwise respond to these interrogatories.

4.	In its Final Judgment, this Court reserved jurisdiction to enter such further Orders as the Court deems just and appropriate.

5.	In light of the foregoing, Mirabilis requests that this Court enter an Order to Show Cause as to why Defendants should not be held in contempt of Court for their failure to respond to the interrogatories in any manner.

WHEREFORE, Mirabilis requests that this Court enter an Order to Show Cause why the following remedies should not be entered against Defendants for their contumacious conduct: (a) the reasonable fees spent in preparing this Motion; (b) an Order directing Defendants to explain their failure to respond to the interrogatories and further provide sworn responses in open Court; and (c) an Order holding Defendants in civil or criminal contempt, as well as such other and further relief as this Court deems proper.

- 3 -

Respectfully submitted this 8th day of February, 2010.

/s/ Eric S. Adams
**ERIC S. ADAMS**
Florida Bar No. 0090476
eadams@shutts.com
**MICHAEL P. SILVER**
Florida Bar No. 0868701
msilver@shutts.com
SHUTTS & BOWEN LLP
100 South Ashley Drive, Suite 1500
Tampa, Florida 33602
Telephone:  (813) 229-8900
Facsimile:   (813) 229-8901
*Attorneys for Mirabilis Ventures, Inc.*

- 4 -

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 8, 2010, a true copy of Plaintiff's Motion for Order to Show Cause has been furnished by electronic mail and/or U.S. first-class mail, postage pre-paid, to:

Ravi Roopnarine, individually, and as Trustee of the
 Ravi World Land Trust dated December 20, 2007
11450 Nellie Oaks Bend
Clermont, FL  34711

FLHP-MS, LLC
c/o Ravi Roopnarine, as Registered Agent
11450 Nellie Oaks Bend
Clermont, FL  34711

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

/s/ Eric S. Adams
ERIC S. ADAMS, ESQUIRE