UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., | Chapter 11 |
| Debtor. | |
| Mirabilis Ventures, Inc., | Adv. Pro. No: 6:09-ap-00815-KSJ |
| Plaintiff, | |
| vs. | |
| RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST dated December 20, 2007, RAVI ROOPNARINE, individually, and FLHP-MS, LLC, | |
| Defendants. | |

### FINAL JUDGMENT AGAINST ALL DEFENDANTS

This matter, having come before this Court on Plaintiff's Motion for Final Judgment, and this Court having reviewed the pleadings submitted to this Court and having received argument of counsel and parties to this litigation, entered the following Final Judgment against RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST dated December 20, 2007; RAVI ROOPNARINE, individually; and FLHP-MS, LLC, jointly and severally:

**IT IS ADJUDGED**

1. Due and legal service of process was effected upon Defendants. This Court has jurisdiction over the parties in this cause and its subject matter. The allegations contained in Plaintiff's Complaint have been proven by competent evidence. The equities in this cause are with Plaintiff, and the damages are liquidated and quantifiable.

TPADOCS 18565299 1

EXHIBIT 1

J.B. VOL ___ NO. 1025

2. Plaintiff, MIRABILIS VENTURES, INC., whose address is 341 N. Maitland Avenue, Suite 210, Maitland, FL 32751 (hereinafter referred to as "Plaintiff"), shall recover, jointly and severally, from Defendants RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST dated December 20, 2007, whose address is 11450 Nellie Oaks Bend; Clermont, FL 34711; RAVI ROOPNARINE, Individually, whose address is 11450 Nellie Oaks Bend; Clermont, FL 34711; and FLHP-MS, LLC, having the address of 11450 Nellie Oaks Bend; Clermont, FL 34711 (hereinafter collectively referred to as "Defendants") the sum of $585,000.00 as principal, $72,411.78 as interest to the date of this judgment, and $4,216.00 for attorneys' fees, under the contract and note sued upon in this action, making a total sum of $661,627.78.

3. Judgment is hereby entered in the total amount of $661,627.78 against Defendants, JOINTLY AND SEVERALLY, which shall bear interest pursuant to 28 U.S.C. § 1961 at the rate of 0.27 %, for which let execution issue forthwith.

4. Jurisdiction in this case is retained to enter such further orders as the Court deems just and appropriate.

ORDERED at Orlando, Orange County, Florida on November 20, 2009.

JUDGE KAREN S. JENNEMANN
BANKRUPTCY COURT – ORLANDO DIVISION

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November ___, 2009 a true copy of this Final Judgment Against All Defendants has been furnished by electronic mail and/or U.S. first-class mail to:

Eric S. Adams, Esquire
Shutts & Bowen LLP
100 S. Ashley Dr., Suite 1500
Tampa, FL 33602

Ravi Roopnarine, individually, and as Trustee of the
 Ravi World Land Trust dated December 20, 2007
11450 Nellie Oaks Bend
Clermont, FL 34711

FLHP-MS, LLC
c/o Ravi Roopnarine, as Registered Agent
11450 Nellie Oaks Bend
Clermont, FL 34711

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

_____
Judicial Assistant to Judge Jennemann

TPADOCS 18565299 1