**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re:     ) | |
|     ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc.,     ) | |
|     ) | Chapter 11 |
|     Debtor.     ) | |
| _____) | |
| Mirabilis Ventures, Inc.,     ) | |
|     ) | Adv. Pro. No: 6:09-ap-00815-KSJ |
|     Plaintiff,     ) | |
|     ) | |
| vs.     ) | |
|     ) | |
| RAVI ROOPNARINE, AS TRUSTEE OF THE ) | |
| RAVI WORLD LAND TRUST dated December ) | |
| 20, 2007, RAVI ROOPNARINE, individually, ) | |
| and FLHP-MS, LLC,     ) | |
|     ) | |
|     Defendants.     ) | |
| _____) | |

**ORDER HOLDING DEFENDANTS IN CONTEMPT OF COURT**

On November 20, 2009, this Court entered a Final Judgment in favor of Plaintiff and against all Defendants, jointly and severally (Doc. 26). On April 27, 2010, an Order on Plaintiff's Motion for Order to Show Cause (Doc. 34) was entered. In that Order, Defendants, Ravi Roopnarine, as Trustee of the Ravi World Land Trust dated December 20, 2007, a Florida Land Trust ("Ravi World"), Ravi Roopnarine ("Roopnarine"), an individual, and FLHP-MS, LLC, a Florida limited liability company ("FLHP-MS"), were ordered to serve their sworn answers to Plaintiff's Interrogatories in Aid of Execution on or before May 21, 2010, and Roopnarine was further ordered to appear for and give sworn testimony at a Deposition in Aid of Execution.

Defendants failed to serve their sworn answers to Plaintiff's Interrogatories in Aid of Execution. As previously Ordered in the Order on Plaintiff's Motion for Order to Show Cause,

based upon the lack of timely responses by Ravi World, Roopnarine, and FLHP-MS, all objections to interrogatories, except for those based upon privilege, are hereby waived.  On July 21, 2010, Plaintiff filed a Notice of Defendants' Non-Compliance with Court Order (Doc. 37). Additionally, Roopnarine failed to appear for and give sworn testimony at a Deposition in Aid of Execution.  On July 22, 2010, Plaintiff filed a Notice of Nonappearance of Ravi Roopnarine at Deposition on June 25, 2010 (Doc. 38).

Because Defendants failed to comply with any of the provisions of the Order on Plaintiff's Motion for Order to Show Cause, then Roopnarine was required to personally appear before this Court on July 22, 2010, at 2:00 p.m. at 135 West Central Boulevard, Courtroom B, 5th Floor, Orlando, Florida, to show cause why Ravi World, FLHP-MS, and Roopnarine, individually, should not be held in contempt of Court or subject to other relief within this Court's jurisdiction and authority, including, but not limited to a Writ of Bodily Attachment.  By Notice Cancelling and Rescheduling Nonevidentiary Hearing (Doc. 35), such appearance was rescheduled to August 12, 2010, at 2:00 p.m.  Roopnarine failed to appear before this Court to show cause why he should not be held in contempt of Court for his failure to comply with the provisions of the Order on Plaintiff's Motion for Order to Show Cause.

THIS CAUSE having come before the Court on August 12, 2010, upon the Order on Plaintiff's Motion for Order to Show Cause, and the Court having reviewed the file, heard argument of counsel, and being otherwise fully advised in the premises, it is hereby

**ORDERED**:

1.      Defendants, Ravi Roopnarine, as Trustee of the Ravi World Land Trust dated December 20, 2007, a Florida Land Trust ("Ravi World"), Ravi Roopnarine ("Roopnarine"), an individual and FLHP-MS, LLC, a Florida limited liability company ("FLHP-MS"), are hereby found and held in Civil Contempt of Court.

2.      Plaintiff shall (a) have a copy of this Order personally served on Defendants and (b) file a Return of Service or other Notice demonstrating such personal service on Defendants.

3.      Defendants can purge themselves of this Court's Order of Contempt as follows:

a.      By serving their sworn answers to Plaintiff's Interrogatories in Aid of Execution on or before the tenth (10th) day after the date of personal service of this Order on Roopnarine; and

b.      By Roopnarine appearing for and giving sworn testimony at a Deposition in Aid of Execution on behalf of Ravi World, FLHP-MS, and himself individually, on **Monday, October 4, 2010 at 10:00 a.m.** at the offices of Shutts & Bowen LLP, 300 South Orange Avenue, Suite 1000, Orlando, Florida 32801.  No additional notice is required; this Order shall serve as notice of this Deposition in Aid of Execution.

4.      Should Defendants fail to comply with any of the provisions of paragraph 3 of this Order, and upon Plaintiff's filing of a Certificate of Noncompliance and/or Nonappearance, the Court shall immediately execute the Order Directing Seizure of Defendant Ravi Roopnarine, and without the necessity of a hearing.  A true and correct copy of the Order Directing Seizure of Defendant Ravi Roopnarine is attached hereto as **Exhibit A**.

DONE AND ORDERED at Orlando, Florida, this 18th day of August, 2010.

_____
Honorable Karen S. Jennemann
United States Bankruptcy Judge

cc:     Counsel of Record
        Pro Se Parties

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| Mirabilis Ventures, Inc., ) | |
| ) | Adv. Pro. No: 6:09-ap-00815-KSJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RAVI ROOPNARINE, AS TRUSTEE OF THE ) | |
| RAVI WORLD LAND TRUST dated December ) | |
| 20, 2007, RAVI ROOPNARINE, individually, ) | |
| and FLHP-MS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DIRECTING SEIZURE OF DEFENDANT RAVI ROOPNARINE**

On August ___, 2010, this Court entered an Order Holding Defendants in Contempt of Court. Defendants had the opportunity to purge themselves of this Court's Order of Contempt by serving their sworn answers to Plaintiff's Interrogatories in Aid of Execution on or before the tenth (10th) day after the date of personal service of the Order Holding Defendants in Contempt of Court on Roopnarine and by Roopnarine appearing for and giving sworn testimony at a Deposition in Aid of Execution on behalf of Ravi World, FLHP-MS, and himself individually, on Monday, October 4, 2010 at 10:00 a.m. at the offices of Shutts & Bowen LLP, 300 South Orange Avenue, Suite 1000, Orlando, Florida 32801.

If either of these provisions were not complied with, Plaintiff was directed to file a Certificate of Noncompliance and/or Nonappearance. Plaintiff has filed such a Certificate of

**Exhibit A**

- 4 –

- 5 –

Noncompliance and/or Nonappearance.  Because Defendants have failed to comply with the Court's Order of Contempt or to otherwise cure the contempt, Defendants have failed to purge themselves of this Court's Order of Contempt.  Accordingly it is hereby

**ORDERED AND ADJUDGED**:

1.      The United States Marshal is directed to seize Ravi Roopnarine, who resides at 11450 Nellie Oaks Bend, Clermont, Florida 34711, or at such other location as he may be found.

2.      The United States Marshal is directed to bring Ravi Roopnarine before the Court to provide him with an opportunity to purge the Order of Contempt entered against Defendants, and to further hold him in custody until he or someone on his behalf satisfies the Court of Defendants' compliance with all steps necessary to purge the Order of Contempt.

DONE AND ORDERED at Orlando, Florida, this _____ day of August, 2010.

 

 

 

 

 

_____
Honorable Karen S. Jennemann
United States Bankruptcy Judge

cc:      Counsel of Record
       Pro Se Parties

TPADOCS 18738171 1