## VERIFIED RETURN OF NON-SERVICE

State of Florida          County of US BANKRUPTCY COURT          Middle District Of Fl Court

Case Number: 6:08-BK-04327-KSJ   Court Date: 10/4/2010 10:00 am

Plaintiff:
IN RE: MIRABILIS VENTURES, INC.,

vs.

Defendant:
RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST
DATED DECEMBER 20, 2007, RAVI ROOPNARINE, INDIVIDUALLY,
AND FLHP-MS, LLC,

For:
Shutts & Bowen
100 S. Ashley Drive
Suite 1500
Tampa, FL 33602

Received by ROBERT L. JONES, INC. on the 10th day of September, 2010 at 1:07 pm to be served on **RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST DATED DECEMBER 20, 2007, 11450 NELLIE OAKS BEND, CLERMONT, FL 34711**.

I, REX DIXON, do hereby affirm that on the **15th day of September, 2010** at **7:13 pm**, I:

**NON-SERVED** the **ORDER HOLDING DEFENDANT IN CONTEMPT OF COURT FOR 10-4-10 AT 10:00 AM, EXHIBIT A** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
THE PROPERTY ADDRESS GIVEN OF 11450 NELLIE OAKS BEND, CLERMONT, FL 34711 IS CHAINED, CLOSED AND UNOCCUPIED.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Duly Appointed and Qualified Pursuant to F.S. 48.021(2)

REX DIXON
CPS 02-7-03

ROBERT L. JONES, INC.
P.O. BOX 6415
CLEARWATER, FL 33756
(800) 330-2830

Our Job Serial Number: 2010016383
Ref: 2010014079

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z

# VERIFIED RETURN OF NON-SERVICE

| State of Florida | County of US BANKRUPTCY COURT | Middle District Of Fl Court |
|---|---|---|

Case Number: 6:08-BK-04327-KSJ   Court Date: 10/4/2010  10:00 am

Plaintiff:
**IN RE: MIRABILIS VENTURES, INC.,**

vs.

Defendant:
**RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST DATED DECEMBER 20, 2007, RAVI ROOPNARINE, INDIVIDUALLY, AND FLHP-MS, LLC,**

For:
Shutts & Bowen
100 S. Ashley Drive
Suite 1500
Tampa, FL  33602

Received by ROBERT L. JONES, INC. on the 10th day of September, 2010 at 1:07 pm to be served on **FLHP-MS, LLC C/O RAVI ROOPNARINE, AS REGISTERED AGENT, 11450 NELLIE OAKS BEND, CLERMONT, FL 34711**.

I, REX DIXON, do hereby affirm that on the **15th day of September, 2010** at **7:13 pm**, I:

**NON-SERVED** the **ORDER HOLDING DEFENDANT IN CONTEMPT OF COURT FOR 10-4-10 AT 10:00 AM, EXHIBIT A** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
THE PROPERTY ADDRESS GIVEN OF 11450 NELLIE OAKS BEND, CLERMONT, FL 34711 IS CHAINED, CLOSED AND UNOCCUPIED.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Duly Appointed and Qualified Pursuant to F.S. 48.021(2)

REX DIXON
CPS 02-7-03

ROBERT L. JONES, INC.
P.O. BOX 6415
CLEARWATER, FL  33756
(800) 330-2830

Our Job Serial Number: 2010016384
Ref: 2010014080

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z

# VERIFIED RETURN OF NON-SERVICE

| | | |
|---|---|---|
| State of Florida | County of US BANKRUPTCY COURT | Middle District Of Fl Court |

Case Number: 6:08-BK-04327-KSJ   Court Date: 10/4/2010  10:00 am

Plaintiff:
IN RE: MIRABILIS VENTURES, INC.,

vs.

Defendant:
RAVI ROOPNARINE, AS TRUSTEE OF THE RAVI WORLD LAND TRUST
DATED DECEMBER 20, 2007, RAVI ROOPNARINE, INDIVIDUALLY,
AND FLHP-MS, LLC,

For:
Shutts & Bowen
100 S. Ashley Drive
Suite 1500
Tampa, FL  33602

Received by ROBERT L. JONES, INC. on the 10th day of September, 2010 at 1:10 pm to be served on **RAVI ROOPNARINE, INDIVIDUALLY, 11450 NELLIE OAKS BEND, CLERMONT, FL 34711**.

I, REX DIXON, do hereby affirm that on the **15th day of September, 2010** at **7:13 pm**, I:

**NON-SERVED** the **ORDER HOLDING DEFENDANT IN CONTEMPT OF COURT FOR 10-4-10 AT 10:00 AM, EXHIBIT A** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
THE PROPERTY ADDRESS GIVEN OF 11450 NELLIE OAKS BEND, CLERMONT, FL 34711 IS CHAINED, CLOSED AND UNOCCUPIED.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Duly Appointed and Qualified Pursuant to F.S. 48.021(2)

REX DIXON
CPS 02-7-03

ROBERT L. JONES, INC.
P.O. BOX 6415
CLEARWATER, FL  33756
(800) 330-2830

Our Job Serial Number: 2010016385
Ref: 2010014081

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z